**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **POWER GUARDIAN, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:12-CV-236 (MTT)** |
| | ) | |
| **DIRECTIONAL ENERGY CORP. and** | ) | |
| **FTC ENERGY, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Before the Court are the Plaintiff's motions to compel the Defendants to respond to discovery requests.  (Docs. 41, 42, 43).  The Plaintiff has made several attempts to obtain written discovery responses from the Defendants but the Defendants have ignored them.  Moreover, the Defendants have not responded to the Plaintiff's motions to compel.  Accordingly, the Plaintiff's motions are **GRANTED**, and the Court **ORDERS** as follows:

Directional Energy Corp.

1. Allen Staff, president of Directional Energy, Inc., shall appear and submit to oral deposition in Macon, Georgia with all requested documents to be produced at that deposition.  Conrad Staff, director, treasurer, and secretary of Directional Energy, shall also appear and submit to oral deposition in Macon, Georgia with all requested documents to be produced at that deposition.

2. Directional Energy shall pay to the Plaintiff all costs of these depositions, including the Plaintiff's attorney's fees and the costs of recording and

transcripts.  Additionally, Directional Energy shall pay to the Plaintiff its actual expenses incurred in making its motion to compel, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A).

3.  All Requests for Admissions submitted to Directional Energy are deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3).

<u>FTC Energy, Inc.</u>

4.  Joe Shepard shall appear and submit to oral deposition in Macon, Georgia with all requested documents to be produced at that deposition.  Janie M. Ray, a.k.a. Janie R. Shepard, shall also appear and submit to oral deposition in Macon, Georgia with all requested documents to be produced at that deposition.

5.  FTC Energy shall pay to the Plaintiff all costs of these depositions, including the Plaintiff's attorney's fees and the costs of recording and transcripts. Additionally, FTC Energy shall pay to the Plaintiff its actual expenses incurred in making its motion to compel, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A).

6.  All Requests for Admissions submitted to FTC Energy are deemed admitted pursuant to Fed. R. Civ. P. 36(a)(3).

**SO ORDERED**, this 7th day of May, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT