IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| POWER GUARDIAN, LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-236 (MTT) |
| DIRECTIONAL ENERGY CORP. and FTC ENERGY, INC., | ) |
| Defendants. | ) |

### ORDER

The Court revises its May 7, 2013 Order compelling discovery (Doc. 44) as follows:

Any depositions scheduled pursuant to the Order are cancelled. The Defendants shall, within ten days of the entry of this Order, respond fully to each and every interrogatory and document request propounded by the Plaintiff. The requested documents shall be transmitted to Plaintiff's counsel by overnight delivery. If the Defendants fail to comply with this Order, the Plaintiff shall move to strike the Defendants' Answers and request the Court to enter default judgment.

**SO ORDERED**, this 3rd day of June, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT