IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **POWER GUARDIAN, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-236 (MTT) |
| **DIRECTIONAL ENERGY CORP. and FTC ENERGY, INC.,** | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Plaintiff's motion for attorney's fees.[1] (Doc. 68). The Court previously granted default judgment to the Plaintiff but specifically denied it relief in the form of attorney's fees. (Doc. 65 at 9; Doc. 66). This case ended when the Court entered its judgment. The Plaintiff cannot submit evidence after the fact.[2] Further, the Plaintiff sets forth no basis for altering or amending the judgment. Accordingly, the motion is **DENIED**.

**SO ORDERED**, this 7th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Plaintiff filed a motion for leave to file a motion for attorney's fees (Doc. 67) at the same time it filed its motion for attorney's fees. That motion is **DENIED as moot**.

[2] In any event, even if the Plaintiff were entitled to attorney's fees, the Plaintiff has not fully complied with Local Rule 54.1.